# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21CR0680-TWR |
|---|---|
| Plaintiff, | |
| v. | ORDER AND JUDGMENT OF DISMISSAL OF THE INDICTMENT |
| DUC PHAN THIEN PHAM, | |
| Defendant. | |

The Court hereby grants the United States' motion to dismiss the Indictment in this matter without prejudice in the interest of justice pursuant to Fed. R. Crim. P. 48(a), for the reasons referenced by the United States in its motion, filed as ECF 53.

IT IS HEREBY ORDERED that the United States' motion to dismiss is GRANTED, and the Indictment is dismissed without prejudice.

**SO ORDERED AND ADJUDGED.**

DATED: 8/2/2022

_____
**HON. TODD W. ROBINSON**
United States District Judge